IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ROME DIVISION

| | |
|---|---|
| MARK SWANSON,<br><br>  Plaintiff,<br><br>v.<br><br>FLOYD COUNTY, GEORGIA, et al.,<br><br>  Defendants. | CIVIL ACTION<br>NO. 4:24-cv-00252-WMR |

## ORDER

This matter is before the Court on the parties' Joint Motion to Stay All Proceedings. [Doc. 17; *see also* Doc. 19]. Upon consideration, and for good cause shown, the parties' motion [Doc. 17] is hereby **GRANTED**. The Clerk is directed to **ADMINISTRATIVELY CLOSE** this case. The parties may file a motion to reopen the case for further proceedings, if so desired, within thirty (**30**) days of the resolution of the related pending criminal case.

IT IS SO ORDERED, this 29th day of January, 2025.

_____
WILLIAM M. RAY, II
UNITED STATES DISTRICT JUDGE